# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ALEXANDER OCASIO, AN INDIVIDUAL,<br>Appellant,<br>vs.<br>SHANDER INTERNATIONAL LLC;<br>AND INTERNATIONAL ASSET MANAGERS, INC.,<br>Respondents. | No. 77762<br><br>**FILED**<br><br>JAN 2 9 2019<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on December 28, 2018, without payment of the requisite filing fee. On that same day a notice was issued directing appellants to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY

cc: Eighth Judicial District Court Dept. 6, District Judge
Nelson Law Office, LLC
Phillips, Spallas & Angstadt, LLC
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O) 1947

19-04408